20813.   WARD *v.* CHAPMAN.

BROYLES, C. J.   Under the facts of the case as disclosed by the record the court did not err in sustaining the motion to dismiss the affidavit of illegality.   The case of *Roney* v. *McCall,* 128 *Ga.* 249, cited in the brief of counsel for the plaintiff in error, is distinguished by its particular facts from this case.   *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1930.

284

*McDaniel, Neely & Marshall,* for plaintiff in error.
*V. H. Gaddis, H. C. Holbrook,* contra.